# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

UNITED STATES OF AMERICA

V.    5:07-CV-1070(FJS/DEP)

ONE 2004 CHEVROLET TAHOE
Z71 SPORTS UTILITY VEHICLE,
VIN #1GNEK13T44R110778,
NEW YORK LICENSE PLATE #DJH3750

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered forfeiting all right, title and interest in the DEFENDANT to the UNITED STATES OF AMERICA pursuant to the Order of the Hon. Frederick J. Scullin, Jr., dated February 15, 2008.


DATED:  February 19, 2008

*(signature)*
Clerk of Court

LKB:lmp